UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re: §
§
HOEMBERG, MICHAEL EDWIN § Case No. 16-42555 KHS
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/30/2016 . The undersigned trustee was appointed on 08/31/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $     15,733.28

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 8.25 |
   | Bank service fees | 209.03 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]     $     15,516.00

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/27/2016 and the deadline for filing governmental claims was 12/27/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,323.33 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,323.33 , for a total compensation of $ 2,323.33 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 142.38 , for total expenses of $ 142.38 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/02/2019                By: /s/RANDALL L. SEAVER, TRUSTEE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 16-42555 | Judge: KATHLEEN H SANBERG | Trustee Name: | RANDALL L. SEAVER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HOEMBERG, MICHAEL EDWIN | | Date Filed (f) or Converted (c): | 08/30/16 (f) |
| | | | 341(a) Meeting Date: | 10/03/16 |
| For Period Ending: | 01/02/19 | | Claims Bar Date: | 12/27/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE-FAMILY HOME, DEBTOR'S RESIDENCE: HOMESTEAD | 260,000.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 2. SINGLE-FAMILY HOME, NON-HOMESTEAD REAL PROPERTY L | 161,600.00 | 0.00 | | 0.00 | FA |
| 3. SINGLE-FAMILY HOME, NON-HOMESTEAD RENTAL PROPERTY | 60,991.00 | 0.00 | | 0.00 | FA |
| 4. WESTGATE RESORTS TIMEHSARE | 0.00 | 0.00 | | 0.00 | FA |
| 5. 2012 CHEVY EQUINOX (HAS SOME MINOR DAMAGE) MILEAGE | 16,000.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 6. HOUSEHOLD GOODS, FURNISHINGS, MAJOR AND MINOR APPL | 4,000.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 7. ELECTRONICS-TELEVISION, COMPUTER, CELL PHONE | 600.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 8. BOOKS AND PICTURES | 120.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 9. GOLF CLUBS | 10.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 10. CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 11. WEDDING RING AND MISCELLANEOUS JEWELRY | 150.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 12. 21 YEAR OLD JOHN DEERE LAWNMOWER, SNOWBLOWER, SHOV | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. $2,200 CHECK AT HOME | 2,200.00 | 2,200.00 | | 2,221.68 | FA |
| 14. CASH | 1,564.00 | 1,564.00 | | 1,564.00 | FA |
| 15. WINGS FINANCIAL ($1,452 OF THIS MONEY IS SOCIAL SE | 6,486.00 | 5,034.00 | | 5,034.00 | FA |
| 16. WINGS FINANCIAL | 21.00 | 0.00 | | 0.00 | FA |
| 17. WINGS FINANCIAL | 5.00 | 0.00 | | 0.00 | FA |
| 18. PJ'S VENDING INC. THERE ARE NO BANK ACCOUNTS. BUSI | 5,500.00 | 0.00 | | 0.00 | FA |
| 19. MP TRAVEL INC. BUSINESS OWNS CHECKING ACCOUNT AT W | 171.45 | 0.00 | | 0.00 | FA |
| 20. ZINZINO BUSINESS. INVENTORY PRODUCT (VALUE:$600.00 | 300.00 | 0.00 | | 0.00 | FA |
| 21. PENSION | Unknown | 0.00 | | 0.00 | FA |
| 22. IRA | 60,000.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 23. TENANT OWES DEBTOR $4,000.00 DEBTOR SAYS THIS IS UNCOLLECTIBLE | 4,000.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

Case No:       16-42555       Judge: KATHLEEN H SANBERG             Trustee Name:   RANDALL L. SEAVER, TRUSTEE
Case Name:    HOEMBERG, MICHAEL EDWIN                                 Date Filed (f) or Converted (c):   08/30/16 (f)
                                                                      341(a) Meeting Date:               10/03/16
                                                                      Claims Bar Date:                   12/27/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. WHOLE LIFE INSURANCE POLICY THROUGH WORK (FACE VAL<br>Debtor Claimed Exemption | 5,045.21 | 0.00 | | 0.00 | FA |
| 25. POSSIBLE AVOIDANCE CLAIM WELLS FARGO<br>WELLS FARGO PREFERENCE | 900.00 | 0.00 | | 0.00 | FA |
| 26. BANK OF AMERICA PREFERENTIAL TRANSFER | 2,500.00 | 1,875.00 | | 1,875.00 | FA |
| 27. WINGS FINANCIAL SETTLEMENT | 741.00 | 556.00 | | 556.00 | FA |
| 28. SYNCHRONY BANK PREFERENCE | 1,793.00 | 1,793.00 | | 1,793.00 | FA |
| 29. 2016 MN INCOME AND PROPERTY TAXES (u)<br>$268.00 INCOME TAX REFUND<br>$1,732.62 PROPERTY TAX REFUND | 0.00 | 2,000.62 | | 2,000.62 | FA |
| 30. 2016 FED TAX REFUND (u) | 0.00 | 688.98 | | 688.98 | FA |
| 31. POSSIBLE AVOIDANCE CLAIM TARGET CARD<br>TD BANK USA | 600.00 | 0.00 | | 0.00 | FA |
| 32. POSSIBLE AVOIDANCE CLAIM CHASE CARD | 600.00 | 0.00 | | 0.00 | FA |
| 33. POSSIBLE AVOIDANCE CLAIM CHASE CARD | 600.00 | 0.00 | | 0.00 | FA |
| 34. POSSIBLE AVOIDANCE CLAIM BOA | 750.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)         $599,247.66        $15,711.60                $15,733.28

Value of Remaining Assets    $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THIS WOULD HAVE BEEN A SURPLUS CASE PER ORIGINAL BAR DATE.  AFTER LETTER FROM TRUSTEE, FURTHER CLAIMS WERE FILED.

Initial Projected Date of Final Report (TFR): 12/31/17       Current Projected Date of Final Report (TFR): 12/31/18

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 16-42555 | Trustee Name: | RANDALL L. SEAVER, TRUSTEE |
|---|---|---|---|
| Case Name: | HOEMBERG, MICHAEL EDWIN | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0500  Checking Account |
| Taxpayer ID No: | 36-7684171 | | |
| For Period Ending: | 01/02/19 | Blanket Bond (per case limit): | $ 26,510,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/30/18 | | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 15,516.00 | | 15,516.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

PFORM24

Ver: 21.00a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 16-42555 | Trustee Name: | RANDALL L. SEAVER, TRUSTEE |
|---|---|---|---|
| Case Name: | HOEMBERG, MICHAEL EDWIN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8524  Checking Account |
| Taxpayer ID No: | 36-7684171 | | |
| For Period Ending: | 01/02/19 | Blanket Bond (per case limit): | $ 26,510,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/23/16 | 15 | WINGS FINANCIAL CREDIT UNION<br>14985 GLAZIER AVE, SUITE 100<br>APPLE VALLEY, MN  55124-6539 | BANK ACCOUNT | 1129-000 | 5,034.00 | | 5,034.00 |
| 09/23/16 | 14 | WINGS FINANCIAL CREDIT UNION<br>CASHIER'S CHECK<br>14985 GLAZIER AVENUE, SUITE 100<br>APPLE VALLEY, MN  55124-6539 | CASH ON HAND | 1129-000 | 1,564.00 | | 6,598.00 |
| 09/27/16 | 13 | AMERICAN FUNDS<br>WELLS FARGO BANK NA | CHECK HELD BY DEBTOR | 1129-000 | 2,221.68 | | 8,819.68 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,809.68 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.10 | 8,796.58 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.66 | 8,783.92 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.06 | 8,770.86 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.04 | 8,757.82 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.76 | 8,746.06 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.00 | 8,733.06 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.56 | 8,720.50 |
| 05/30/17 | 100001 | INTERNATIONAL SURETIES, LTD<br>SUITE 420, 701 POYDRAS ST<br>NEW ORLEANS, LA  70139 | BOND PREMIUM<br>BOND #016018055 | 2300-000 | | 2.71 | 8,717.79 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.96 | 8,704.83 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.53 | 8,692.30 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.92 | 8,679.38 |
| 08/10/17 | 26 | BANK OF AMERICA<br>1825 E BUCKEYE RD<br>PHOENIX, ARIZONA  85034-4216 | PREFERENCE RECOVERY | 1141-000 | 1,075.00 | | 9,754.38 |
| 08/10/17 | 26 | BANK OF AMERICA<br>1825 E BUCKEYE RD<br>PHOENIX, AZ  85034-4216 | PREFERENCE RECOVERY | 1141-000 | 800.00 | | 10,554.38 |
| 08/15/17 | 27 | WINGS FINANCAIL CREDIT UNION<br>14985 GLAZIER AVE, SUITE 100<br>APPLE VALLEY, MN  55124-6539 | WINGS FINANCIAL SETTLEMENT | 1141-000 | 556.00 | | 11,110.38 |
| 08/29/17 | 28 | SYNCHRONY BANK<br>ATLANTA, GA | PREFERENCE RECOVERY | 1141-000 | 1,793.00 | | 12,903.38 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.28 | 12,888.10 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.54 | 12,869.56 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.13 | 12,850.43 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.49 | 12,831.94 |
| 12/27/17 | 29 | MICHAEL HOEMBERG<br>2520 BROOKDALE LN<br>BROOKLYN PARK, MN  55444 | 2016 MN INC AND PROP TAX REFUNDS | 1224-000 | 2,000.62 | | 14,832.56 |
| 01/04/18 | 30 | MICHAEL HOEMBERG<br>2520 BROOKDALE LN<br>BROOKLYN PARK, MN  55444 | 2016 FED TAX REFUND | 1224-000 | 688.98 | | 15,521.54 |
| 06/02/18 | 100002 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS ST, SUITE 420<br>NEW ORLEANS, LA  70139 | BOND PREMIUM<br>BOND #016018054 | 2300-000 | | 5.54 | 15,516.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 16-42555 | Trustee Name: | RANDALL L. SEAVER, TRUSTEE |
|---|---|---|---|
| Case Name: | HOEMBERG, MICHAEL EDWIN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8524  Checking Account |
| Taxpayer ID No: | 36-7684171 | | |
| For Period Ending: | 01/02/19 | Blanket Bond (per case limit): | $ 26,510,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/18 | | Trsf To BofI Federal Bank | FINAL TRANSFER | 9999-000 | | 15,516.00 | 0.00 |

**Total Of All Accounts    15,516.00**

| Page 1 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: January 02, 2019 |
|---|---|---|---|---|---|---|

Case Number: 16-42555  
Debtor Name: HOEMBERG, MICHAEL EDWIN  
Claims Bar Date: 12/27/16  

Claimant's Name Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005<br>080<br>7200-00 | CHASE BANK USA, NA<br>C/O ROBERTSON ANSCHUTZ &<br>SCHNEID PL<br>6409 CONGRESS AVE, STE 100<br>BOCA RATON, FL 33487 | Unsecured | | $0.00 | $6,534.15 | $6,534.15 |
| 000004<br>080<br>7200-00 | NORTH PSYCHOLOGY CLINIC PA<br>6120 EARLE BROWN DRIVE<br>STE 520<br>MINNEAPOLIS MN 55430-2123 | Unsecured | Filed 11/16/18 | $0.00 | $188.45 | $188.45 |
| 000001<br>050<br>4210-00 | RED ROCK FINANCIAL SERVICES<br>4775 W TECO AVE # 140<br>LAS VEGAS, NV 89118 | Secured | Filed 10/10/16 | $0.00 | $1,916.84 | $1,916.84 |
| 000002<br>070<br>7100-00 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES<br>MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK VA 23541 | Unsecured | Filed 12/20/16 | $0.00 | $6,399.13 | $6,399.13 |
| 000003<br>070<br>7100-00 | WELLS FARGO BANK, N.A.<br>WELLS FARGO CARD SERVICES<br>PO BOX 10438, MAC F8235-02F<br>DES MOINES, IA 50306-0438 | Unsecured | Filed 12/21/16 | $0.00 | $5,952.40 | $5,952.40 |
| | Case Totals: | | | $0.00 | $20,990.97 | $20,990.97 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-42555 KHS
Case Name: HOEMBERG, MICHAEL EDWIN
Trustee Name: RANDALL L. SEAVER, TRUSTEE

Balance on hand $ 15,516.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | RED ROCK FINANCIAL SERVICES | $ 1,916.84 | $ 1,916.84 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 15,516.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RANDALL L. SEAVER, TRUSTEE | $ 2,323.33 | $ 0.00 | $ 2,323.33 |
| Trustee Expenses: RANDALL L. SEAVER, TRUSTEE | $ 142.38 | $ 0.00 | $ 142.38 |

Total to be paid for chapter 7 administrative expenses $ 2,465.71

Remaining Balance $ 13,050.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,351.53 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | SYNCHRONY BANK | $ 6,399.13 | $ 0.00 | $ 6,399.13 |
| 000003 | WELLS FARGO BANK, N.A. | $ 5,952.40 | $ 0.00 | $ 5,952.40 |
| | Total to be paid to timely general unsecured creditors | | $ | 12,351.53 |
| | Remaining Balance | | $ | 698.76 |

Tardily filed claims of general (unsecured) creditors totaling $ 6,722.60 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 10.4 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | NORTH PSYCHOLOGY CLINIC PA | $ 188.45 | $ 0.00 | $ 19.59 |
| 000005 | CHASE BANK USA, NA | $ 6,534.15 | $ 0.00 | $ 679.17 |
| | Total to be paid to tardy general unsecured creditors | | | $ 698.76 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE